JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL BRYAN MORALES-MAYORGA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, ET AL.,<br><br>Respondents. | No. 5:26-cv-02646-ADS<br><br>**JUDGMENT** |

The Court issued an order (the "Order"), granting the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. 1), ordering immediate release. Respondents preserve their objections to the merits of such a judgment granting the Petition and the Order that it is based upon, however, for the purposes of potential appeal.

Dated: May 29, 2026

_____/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge